STATE OF NEW JERSEY v. DENNIS PULIK.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ASKINS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEWIS GRACE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN LASKY.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP BUNCE.

June 27, 1986.

Petition for certification denied.